UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PHILLIP C. SANDERS,<br><br>   Petitioner,<br><br> v.<br><br>JAMES E. TILTON (Warden),<br><br>   Respondent. | No. CV 07-6494 DDP (CW)<br><br>ORDER ACCEPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE |

  Pursuant to 28 U.S.C. § 636(b)(1)(C), the court has reviewed the entire record in this action, as well as the Report and Recommendation of the United States Magistrate Judge, and all objections thereto. The court has made a *de novo* determination with respect to those portions of the Report and Recommendation to which objection has been made.

  Accordingly, **IT IS ORDERED**: (1) that the Report and Recommendation of the United States Magistrate Judge be accepted; (2) that Respondent's motion to dismiss (docket no. 11, filed January 10, 2008) be granted; and (3) that judgment be entered dismissing the

1

petition, with prejudice, as time-barred.

**IT IS FURTHER ORDERED** that this order and the judgment herein be served on the parties.

DATED:   September 29, 2010

_____
DEAN D. PREGERSON
United States District Judge