**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| PHILLIP C. SANDERS,        )<br>                            )<br>            Petitioner,   )<br>                            )<br>    v.                      )<br>                            )<br>JAMES E. TILTON (Warden),   )<br>                            )<br>            Respondent.     )<br>_____) | No. CV 07-6494 DDP (CW)<br><br>JUDGMENT |

**IT IS ADJUDGED** that the petition for writ of habeas corpus is dismissed, with prejudice, as untimely.

DATED:  September 29, 2010

_____
DEAN D. PREGERSON
United States District Judge